■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAVID REYNOLDS, Appellant. [717 NYS2d 885] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Gary, J.), rendered December 18, 1998, convicting him of criminal sale of a controlled substance in the fifth degree, after a nonjury trial, and imposing sentence.

Ordered that the judgment is affirmed.

Viewing the evidence in the light most favorable to the prosecution (*see, People v Contes,* 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt (*see, People v Rossey,* 89 NY2d 970, 972; *People v Norman,* 85 NY2d 609, 627). Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see,* CPL 470.15 [5]).

The defendant's remaining contention is unpreserved for appellate review, and, in any event, without merit. O'Brien, J. P., McGinity, Luciano and Schmidt, JJ., concur.